**FILED**

CO-386-online

JUN 2 2 2005 /03

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

# United States District Court
# For the District of Columbia

Center for Food Safety
660 Pennsylvania Ave. SE
Suite #302
Washington, DC 20003

  vs  Plaintiff

United States Department of Agriculture
1400 Independence Ave. SW
Washingotn, DC 20250

  Defendant

Civil Action N

CASE NUMBER  1:05CV01245

JUDGE: Richard J. Leon

DECK TYPE: FOIA/Privacy Act

DATE STAMP: 06/22/2005

### CERTIFICATE RULE LCvR 7.1

I, the undersigned, counsel of record for __Center for Food Safety__ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __Center for Food Safety__ which have any outstanding securities in the hands of the public:

None

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_Signature_

__439949__
BAR IDENTIFICATION NO.

__Joseph Mendelson, III__
Print Name

__660 Pennsylvania Ave SE Suite #302__
Address

__Washington__   __DC__        __20003__
City           State       Zip Code

__202-547-9359__
Phone Number

2