UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CENTER FOR FOOD SAFETY**    )<br>660 Pennsylvania Ave., S.E.    )<br>Suite #302    )<br>Washington, D.C. 20003,    )<br>    )<br>    Plaintiff,    )<br>    v.    )<br>    )<br>**U.S. DEPT. OF AGRICULTURE**    )<br>1400 Independence Ave., S.W.,    )<br>Washington, D.C. 20250,    )<br>    )<br>    Defendant.    ) | Civil Action No. 05-1245 (RJL)<br>ECF |

## PRAECIPE

**THE CLERK OF THIS COURT** will please enter the appearance of Assistant United States Attorney Peter S. Smith as counsel for Defendant in the above-captioned case.

                                                    Respectfully submitted,

                                                    /s/
                                                    PETER SMITH, D.C. Bar #465131
                                                    Assistant United States Attorney
                                                    United States Attorney's Office
                                                    Civil Division
                                                    501 Third Street, N.W.
                                                    Washington, D.C. 20530
                                                    (202) 307-0372

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this **5th** day of **July**, 2005, a true and correct copy of the foregoing Praecipe was served upon Plaintiff's Attorney **Joseph Mendelson, III**, by first class United States mail, postage prepaid, to:

**Joseph Mendelson, III**
**Center for Food Safety**
**660 Pennsylvania Ave., S.E.**
**Suite # 302**
**Washington, D.C. 20003**

/s/
PETER S. SMITH, D.C. Bar #465131
Assistant United States Attorney
United States Attorney's Office
Judiciary Center Building
501 Third Street, N.W.
Washington, D.C. 20530
(202) 307-0372