**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **CENTER FOR FOOD SAFETY**<br>    660 Pennsylvania Avenue, SE<br>    Suite #302<br>    Washington, DC 20003<br><br>                    Plaintiff,<br><br>    v.<br><br>**UNITED STATES DEPARTMENT OF**<br>  **AGRICULTURE**<br>    1400 Independence Avenue, SW<br>    Washington, DC 20250<br><br>                    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Civil Case No. 05cv 1245 (RJL)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**AFFIDAVIT OF SERVICE**

I, undersigned counsel of record for the plaintiff, mailed the summons and complaint registered mail to: Attorney General Albert Gonzales, U.S. Department of Justice, United States Attorney Kenneth Wainstein, United States Attorney's Office, and Secretary Mike Johanns, United States Department of Agriculture on June 23, 2005. All of the above individuals have acknowledged service of the summons and complaint. See Ex. 1.

                                      Respectfully submitted,

                                      Joseph Mendelson, III
                                      D.C. Bar No. 439949

                                      Center for Food Safety
                                660 Pennsylvania Avenue, SE
                                                 Suite #302
                                      Washington, DC 20003
                                          Ph. 202-547 9359
                                        Fax 202-547 9429

                                ATTORNEY FOR PLAINTIFF

DATED: Monday, July 18, 2005