IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **CENTER FOR FOOD SAFETY**<br>660 Pennsylvania Avenue, SE<br>Suite #302<br>Washington, DC 20003<br><br>    Plaintiff,<br><br>v.<br><br>**UNITED STATES<br>  DEPARTMENT OF AGRICULTURE**<br>1400 Independence Avenue, SW<br>Washington, DC 20250<br><br>    Defendant. | Civil Case No. 05cv 1245 (RJL) |

## Notice of Voluntary Dismissal

Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiff hereby notifies the Court and defendant that the above captioned action has been voluntarily dismissed. Consistent with Fed. R. Civ. P. 41(a)(1) this dismissal is without prejudice.

Respectfully submitted,

Joseph Mendelson, III
D.C. Bar No. 439949
Center for Food Safety
660 Pennsylvania Avenue, SE
Suite 302
Washington, DC 20003
(202) 547-9359
(202) 547-9429 fax

ATTORNEY FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the Notice of Voluntary Dismissal and all materials in support thereof, was served this 28th day of July 2005, by first class mail to:

Peter S. Smith
Assist United States Attorney
United States Attorney's Office
Judiciary Center Building
501 Third Street, N.W.
Washington, DC 20530

Per the Court's Case Management Order of July 12, 2005, plaintiff has also submitted a signed copy of this Notice of Dismissal by filing such copy with the Clerk fo the Court on July 28, 2005.